**MINUTE ENTRY**
**ROBY, M. J.**
**June 10, 2016**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOHN P. WHITE** | **CIVIL ACTION** |
| **VERSUS** | **NO: 15-4862** |
| **RELIANCE STANDARD LIFE INSURANCE COMPANY** | **SECTION: "H" (4)** |

A Settlement Conference was held on this date. Participating were: <u>Loyd J. Bourgeois, Jr.</u> representing the plaintiff, <u>John P. White</u> the plaintiff, and <u>Stephen T. Perkins</u> representing the defendants. Negotiations were successful and a settlement was reached. The agreement was recorded by Court Reporter <u>Lanie Smith</u>, (504) 589-7782.

The District Judge's staff has been notified to enter a dismissal with a retention of jurisdiction for settlement enforcement purposes.

**CLERK TO NOTIFY:**
**Judge Jane Triche Milazzo**

**MJSTAR: 00:43**